UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENETRIC ADAMS, | No. 1:20-cv-01198-DAD-EPG |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| J. DAVIS and D. LOPEZ, | (Doc. No. 10) |
| Defendants. | |

Plaintiff Denetric Adams is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 19, 2020, the assigned magistrate judge simultaneously screened plaintiff's complaint and issued findings and recommendations, recommending that this action proceed only on plaintiff's Fourteenth Amendment equal protection claim against defendant Davis and that plaintiff's Fourteenth Amendment equal protection claim against defendant Lopez be dismissed due to plaintiff's failure to state a cognizable claim upon which relief may be granted as to that latter claim. (Doc. No. 10.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service of the findings and recommendations. (*Id*. at 7.) To date, no objections to the findings

/////

and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The court adopts the findings and recommendations issued on October 19, 2020 (Doc. No. 10); and
2. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **February 12, 2021**            /s/ Dale A. Drozd
                                         UNITED STATES DISTRICT JUDGE