UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENETRIC ADAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>J. DAVIS,<br><br>                Defendant. | Case No. 1:20-cv-01198-DAD-EPG (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

      Denetric Adams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. §1983. The Court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Helena M. Barch-Kuchta to conduct a settlement conference on June 24, 2021, at 10:00 a.m. The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference. The Court will issue the order detailing the procedures for the settlement conference and the necessary writ in due course.

      In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Helena M. Barch-Kuchta on June 24, 2021, at 10:00 a.m. The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.

1

2. The Clerk of Court is directed to serve a copy of this order on the Litigation Office at California Substance Abuse Treatment Facility via facsimile at (559) 992-7191 or via email.

IT IS SO ORDERED.

Dated:  **April 22, 2021**                            /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE